# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| WILLIAM BLAIR, | : | Case No. 1:20-cv-751 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| JOHN HOOVER, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 4)

The Court has reviewed the Report and Recommendation (Doc. 4) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b).  As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, this action is **DISMISSED WITH PREJUDICE** for failure to state a claim for relief.  The Court further **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___/s/ Matthew W. McFarland___
JUDGE MATTHEW W. McFARLAND